# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/21/2021

-----------------------------------------------------------X

WILLIAM W. LUBERTS,

                       Plaintiff,

     -v-

COMMISSIONER OF SOCIAL SECURITY,

                       Defendant.

-----------------------------------------------------------X

20 **CIVIL** 6678 (PGG)(KHP)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated May 20, 2021, that the decision of the Commissioner of Social Security be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C 405(g), for further administrative proceedings.

**Dated:** New York, New York
      May 21, 2021

                               **RUBY J. KRAJICK**
                               **Clerk of Court**

**BY:**

                               **Deputy Clerk**